# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2014

Robert P. Young, Jr.,
Chief Justice

149567(62)(63)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CHABAD-LUBAVITCH OF MICHIGAN,
            Plaintiff-Appellee,

v                                                     SC: 149567
                                                      COA: 312037
DR. DOV SCHUCHMAN, KEN KOHN, DORENE          Oakland CC: 2012-126333-CH
SOBCZAK, NEIL CRAFT, ANDREA
FEUEREISEN, DALE GOODMAN, LEAH RUBY,
ELIMELECH SILBERBERG, SARA TUGMAN
BAIS CHABAD TORAH, and CONREGATION
BAIS CHABAD OF WEST BLOOMFIELD,
            Defendants-Appellants.
_____/

On order of the Chief Justice, the motion for temporary admission under MCR 8.126(A) is GRANTED and the following out-of-state attorneys are admitted for the purpose of appearing on behalf of plaintiff-appellee in this case: Nathan Lewin and Ian S. Speir.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014

